CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DANIEL LOPEZ,

        Plaintiff,

    v.

CATALINA CHANNEL EXPRESS,
INC., a California Corporation; and
Does 1-10,

        Defendants.

Case No. 2:18-cv-03232 SVW (ASx)
District Judge: Hon. Stephen V. Wilson
Courtroom:    10A

**JUDGMENT**

      This action came on for consideration before the Court, Hon. Stephen V. Wilson, District Judge Presiding, on a Cross Motions for Summary Judgment by the parties, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered on December 17, 2018.

/ / /
/ / /
/ / /

IT IS ORDERED AND ADJUDGED that the plaintiff DANIEL LOPEZ takes nothing, that the action be dismissed on the merits and that defendant CATALINA CHANNEL EXPRESS, INC. recover its costs.

DATED: January 30, 2019

_____
Hon. Stephen V. Wilson
United States District Judge

CLYDE & CO US LLP
633 West 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 358-7600